UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARKISHA KENYA HUTSON and JOHN WESLEY ROBINSON,<br><br>Defendants. | Case No. 2:24-cr-00073-GMN-MDC<br><br>**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

1. Defendant is currently participating in outpatient care. The parties believe the defendant may benefit from inpatient care.

2. The defendant consents to this request.

3. Pretrial Services has no objection to this request.

4. The defendant's continued participation in outpatient substance abuse therapy and/or her potential participation in inpatient substance abuse therapy are appropriate additional release conditions under 18 U.S.C. 3142.

/ / /

/ / /

/ / /

**ORDER**

IT IS ORDERED that that defendant's conditions of release (ECF No. 38) shall be modified to provide that the defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if Pretrial Services or the supervising officer considers it advisable.

_____
HONORABLE MAXIMILIANO D. COUVILLIER III
UNITED STATES MAGISTRATE JUDGE