

```
  ✓ FILED          ___ RECEIVED
  ___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

           OCT 27 2025

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARKISHA KENYA HUTSON,<br><br>　　　　Defendant. | 2:24-CR-073-GMN-MDC<br><br>**Preliminary Order of Forfeiture** |

This Court finds Markisha Kenya Hutson pled guilty to Counts Five and Six of a Seven-Count Criminal Indictment charging her in Count Five with straw purchasing of firearms in violation of 18 U.S.C. § 932(b)(1) and in Count Six with trafficking in firearms in violation of 18 U.S.C. § 933(a)(1). Criminal Indictment, ECF No. 12; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Markisha Kenya Hutson agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 12; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and the offenses to which Markisha Kenya Hutson pled guilty.

The following property is (1) any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. §§ 932(b)(1) and 933(a)(1) and (2) any firearm or ammunition intended to be used in violation of 18 U.S.C. §§ 932(b)(1) and 933(a)(1) and is

subject to forfeiture under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(G) with 28 U.S.C. § 2461(c):

1. a Del-Ton, Inc. model DTI-15 5.56x45mm semiautomatic rifle bearing serial number DTI-S291087;
2. a Glock model G-27 .40 S&W semiautomatic pistol bearing serial number CBTK945;
3. a Glock model G-31 .357 SIG semiautomatic pistol bearing serial number BZVL474;
4. a Taurus Armas / Taurus USA model G2C 9x19mm semiautomatic pistol bearing serial number AEE464247;
5. a Taurus Armas / Taurus USA model G2C .40 S&W semiautomatic pistol bearing serial number AEL832774; and
6. any and all compatible ammunition

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Markisha Kenya Hutson in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall

1  describe the forfeited property, state the times under the applicable statute when a petition
2  contesting the forfeiture must be filed, and state the name and contact information for the
3  government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).
4  Notice is served on any individual or entity on the date when it is placed in the mail,
5  delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P.
6  32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii)-(v).
7      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual
8  or entity who claims an interest in the forfeited property must file a petition for a hearing to
9  adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. §
10 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21
11 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the
12 petitioner's right, title, or interest in the property, the time and circumstances of the
13 petitioner's acquisition of the right, title or interest in the property, any additional facts
14 supporting the petitioner's claim, and the relief sought.
15     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,
16 must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,
17 Nevada 89101, within thirty (30) days of the final publication of notice on the official
18 internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice,
19 whichever is earlier.
20     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the
21 petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States
22 Attorney's Office at the following address at the time of filing:
23         Daniel D. Hollingsworth
           Assistant United States Attorney
24         501 Las Vegas Boulevard South, Suite 1100
           Las Vegas, Nevada 89101.
25
26     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice
27 described herein need not be published in the event a Declaration of Forfeiture is issued by
28 / / /

the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED Oct 27, 2025.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

4