

✓ FILED         _____ RECEIVED
_____ ENTERED  _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

FEB - 3 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-073-GMN-MDC |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| MARKISHA KENYA HUTSON, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(G) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Markisha Kenya Hutson to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Markisha Kenya Hutson pled guilty. Criminal Indictment, ECF No. 12; Plea Agreement, ECF No. 58; Preliminary Order of Forfeiture, ECF No. 59; Change of Plea, ECF No. 60.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 4, 2025, through December 3, 2025, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 64-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(G) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Del-Ton, Inc. model DTI-15 5.56x45mm semiautomatic rifle bearing serial number DTI-S291087;

2. a Glock model G-27 .40 S&W semiautomatic pistol bearing serial number CBTK945;

3. a Glock model G-31 .357 SIG semiautomatic pistol bearing serial number BZVL474;

4. a Taurus Armas / Taurus USA model G2C 9x19mm semiautomatic pistol bearing serial number AEE464247;

5. a Taurus Armas / Taurus USA model G2C .40 S&W semiautomatic pistol bearing serial number AEL832774; and

6. any and all compatible ammunition,

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Markisha Kenya Hutson and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

2

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _Feb 3_____, 2026.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE